IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| NICHOLAS PAIGE, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:20-cv-00130 (WLS) |
| JAMES ATHAN STOKES, Jr., *et al.*, | : |
| Defendant. | : |

## ORDER

Before the Court is a Joint Motion for Dismissal of Action (Doc. 33), filed on January 3, 2024. Therein, both Parties state that they stipulate to the dismissal of the above-styled lawsuit with prejudice now that the Parties have reached settlement.

Upon consideration thereof, it is **hereby ORDERED** that the Parties' Joint Motion for Dismissal of Action (Doc. 33) is **ACCEPTED** and **GRANTED**. The Court **ORDERS** that all Plaintiff's claims pending against Defendants are **DISMISSED WITH PREJUDICE**. All Parties shall bear their own costs. The Clerk is **DIRECTED** to close the above-styled case.

**SO ORDERED**, this 4th day of January 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1